## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, BAILING OUT BENJI, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and CENTER FOR FOOD SAFETY<br><br>        Plaintiffs,<br><br>vs.<br><br>KIMBERLEY K. REYNOLDS, in her official capacity as Governor of Iowa, TOM MILLER, in his official capacity as Attorney General of Iowa, and DREW SWANSON, in his official capacity as Montgomery County, Iowa County Attorney,<br><br>        Defendants. | No. 19-CV-00124-JEG-HCA<br><br>**MOTION TO DISMISS OF DEFENDANTS KIMBERLEY REYNOLDS, TOM MILLER, AND DREW SWANSON** |

Defendants Kimberley Reynolds, Tom Miller, and Drew Swanson (hereafter collectively referred to as "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7, and hereby submit this Motion to Dismiss for failure to state a claim upon which relief can be granted. In support, they state as follows:

1. In their Complaint, Plaintiffs allege violations of their constitutional rights under the First and Fourteenth Amendments of the U.S. Constitution against Defendants.

2. Plaintiffs' First Cause of Action asserts Iowa's Agriculture Production Facility Trespass ("Ag-Trespass") statute (Iowa Code section 717A.3B) is overbroad in violation of the First Amendment.

3. Plaintiffs' Second Cause of Action asserts Iowa's Ag-Trespass statute is a content and viewpoint-based restriction of their speech in violation of the First Amendment.

4. Plaintiffs' Third Cause of Action asserts Iowa's Ag-Trespass statute is void-for-vagueness in violation of the First and Fourteenth Amendments.

5. Plaintiffs' Fourth Cause of Action asserts Iowa's Ag-Trespass statute violates the Due Process Clauses of the Fourteenth Amendment.

6. Plaintiffs' Complaint should be dismissed in its entirety since Plaintiffs fail to state a claim for violations of their First and Fourteenth Amendment rights as a matter of law.

WHEREFORE, Plaintiffs' Complaint should be dismissed its entirety.

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

   /s/  *Jeffrey S. Thompson*
JEFFREY S. THOMPSON
Solicitor General
jeffrey.thompson@ag.iowa.gov

   /s/  *Jacob J. Larson*
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov

Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone:  (515) 281-5164
Fax:  (515) 242-6771
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, I electronically filed the foregoing paper with the Clerk of Court by using the CM/ECF system.  All participants in this case are registered CM/ECF users and will be served by the CM/ECF system.

**DATE:**  June 21, 2019

    /s/  *Jacob J. Larson*
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov

Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone:  (515) 281-5164
Fax:  (515) 242-6771
ATTORNEY FOR DEFENDANTS