IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, BAILING OUT BENJI, IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., and CENTER FOR FOOD SAFETY,<br><br>        Plaintiffs,<br><br>v.<br><br>KIMBERLY REYNOLDS, in her official capacity as Governor of Iowa, TOM MILLER, in his official capacity as Attorney General of Iowa, and DREW B. SWANSON, in his official capacity as Montgomery County Attorney,<br><br>        Defendants. | Case No. 4:19-cv-00124-SMR-HCA<br><br>PERMANENT INJUNCTION |

In accordance with this Court's orders in this case, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

(1) The Court DECLARES that Iowa Code § 717A.3B is facially unconstitutional and violates the First Amendment to the United States Constitution.

(2) The defendants and their officers, agents, employees, attorneys, and all other persons who are in active concert or participation with them are hereby PERMANENTLY ENJOINED and prohibited from enforcing, through any action or omission or otherwise, Iowa Code § 717A.3B.

(3) The plaintiffs' Fourth Cause of Action alleging a violation of Due Process is hereby DEEMED MOOT, solely due to the Court's declaration and permanent injunction above

and without prejudice to plaintiffs later raising those claims again, in this case or otherwise, upon suggestion that they are no longer moot.

IT IS SO ORDERED

Dated this 28th day of March, 2022.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT