
# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| **ANIMAL LEGAL DEFENSE FUND, IOWA CITIZENS FOR COMMUNITY IMPROVEMENT, BAILING OUT BENJI, PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.**, and **CENTER FOR FOOD SAFETY**<br><br>Plaintiffs,<br><br>v.<br><br>**KIMBERLY K. REYNOLDS**, in her official capacity as Governor of Iowa, **TOM MILLER**, in his official capacity as Attorney General of Iowa, and **DREW B. SWANSON**, in his official capacity as Montgomery County, Iowa County Attorney,<br><br>Defendants. | CASE NO. 4:19-cv-124-SMR-HCA<br><br>**JOINT STIPULATION AND REQUEST FOR ORDER RE ATTORNEYS' FEES AND COSTS** |

**JOINT STIPULATION AND REQUEST FOR ORDER RE ATTORNEYS' FEES AND COSTS**

**COME NOW** Plaintiffs and Defendants, by and through their attorneys, and hereby enter into a stipulation and respectfully move this Court for an order concerning the payment of attorneys' fees and costs ordered by this Court. In support thereof, the Parties state:

1. Plaintiffs challenged the validity of Iowa Code § 717A.3B. The Court granted Plaintiffs' motion for summary judgment, enjoined enforcement of the law, and entered judgment for Plaintiffs. Defendants appealed from the judgment to the Eighth Circuit Court of Appeals on April 20, 2022.

1

2.  Plaintiffs filed a motion for attorneys' fees and costs under 42 U.S.C. § 1988 seeking a total of $166,329.37 in fees and costs, as follows:

| MERITS STAGE FEES | | | | |
|---|---|---|---|---|
| **Attorney** | **Yrs' Exp.** | **Rate** | **Hours** | **Unadjusted Lodestar** |
| Matthew Strugar | 17 | $510 | 162.45 | $82,849.50 |
| Alan Chen | 36 | $535 | 24 | $12,840.00 |
| Rita Bettis Austen | 11 | $400 | 25.5 | $10,200.00 |
| Kelsey Eberly | 7 | $290 | 41.8 | $12,122.00 |
| David Muraskin | 13 | $440 | 21.3 | $9,372.00 |
| **Merits Lodestar** | | | | **$127,383.50** |
| **1.25 x Enhancement** | | | | **$159,292.37** |
| Costs | | | | $1,100 |
| **Merits Total** | | | | **$160,329.37** |
| FEE STAGE FEES | | | | |
| Matthew Strugar | 17 | $510 | 9.6 | $4,896.00 |
| Rita Bettis Austen | 11 | $400 | 2.1 | $840.00 |
| David Muraskin | 13 | $440 | 0.6 | $264.00 |
| **Fees Stage Total** | | | | **$6,000.00** |
| **Total** | | | | **$166,329.37** |

3.  Defendants filed a response not objecting to Plaintiffs' motion for attorneys' fees and costs.

4.  The Parties agree, and otherwise stipulate, that Plaintiffs are awarded $166,329.37 in fees and costs. Defendants' obligation to tender the attorneys' fees and costs award should be suspended until final disposition of appellate proceedings related to the merits. Post-judgment interest under 28 U.S.C. § 1961 shall accrue from April 07, 2022 on any amount of attorney's fees and costs eventually held owing.

5.  The Parties request that the Court enter an order approving their Joint Stipulation.

Dated this 26th day of April, 2022

Respectfully submitted,

/s/ Matthew Strugar
Matthew Strugar (Pro Hac Vice)

Dated this 26th day of April, 2022

Respectfully submitted,

THOMAS J. MILLER
Attorney General of Iowa

Law Office of Matthew Strugar
3435 Wilshire Blvd., Suite 2910
Los Angeles, CA 90010
(323) 696-2299
matthew@matthewstrugar.com

Attorney for Plaintiffs

/s/ Jacob L. Larson
JACOB J. LARSON
Assistant Attorney General
jacob.larson@ag.iowa.gov
Hoover State Office Building
1305 E. Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Phone: (515) 281-5164
Fax: (515) 242-6771

ATTORNEYS FOR DEFENDANTS